Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Stephon Samuel

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Plymouth County Sheriff.Dpt

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS
2022 APR 18 PM 2:25

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Stephon Samuel
All other names by which you have been known:
ID Number: #78932
Current Institution: Plymouth County Correctional Facility
Address: 26 long pond Road
Plymouth, MA 02360

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Joseph D. McDonald Jr.
Job or Title (if known): Plymouth County Sheriff
Shield Number:
Employer: Plymouth County Correctional Facility
Address: 26 long pond Road
Plymouth, MA 02360

[ ] Individual capacity   [X] Official capacity

Defendant No. 2
Name: Antone Moniz
Job or Title (if known): Superintendent
Shield Number:
Employer: Plymouth County Correctional Facility
Address: 26 long pond Road
Plymouth, MA 02360

[ ] Individual capacity   [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Ralph Mattavello
Job or Title (if known): Asst. Superintendent
Shield Number:
Employer: Plymouth County Correctional Facility
Address: 26 Long Pond Road
Plymouth, MA 02360
[X] Individual capacity   [X] Official capacity

Defendant No. 4
Name: Captain Tullish
Job or Title (if known): Captain
Shield Number:
Employer: Plymouth County Correctional Facility
Address: 26 Long Pond Road
Plymouth, MA 02360
[X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of Eighth Amendment. 560 Civil Detainee - Conditions of Confinement

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Page 3 of 11

_____N/A_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____N/A_____

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (explain) _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____N/A_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Plymouth County Correctional facility - GSE cell #107 December - April - an counting (2021 - 2022)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

December 2021 - present 2022

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Claim is, I was put on full restraints a for over 4 months an counting. I could not work out, I gained a huge amount of weight, my hygeine could not be tend to/cutting my hair, my mental health was (see attached paper) put to the test. I was getting very depressed facts underlying my alleged complaint was.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

injuries sustained to my shoulder popping out of place when trying to do exercise routines. Wich was very impossible. Gained a tone of weight. did not recieve any treatment only X-Rays. (see within, Attached papers as well)

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- Take off full restraints/cuffs
- Punitive damage ($300,000)
- Compensation ($500,000)
  —Total cost ($800,000)

→ Basis for claim (wrongfuly confined) for unnecessary length of time.

→ All damages from mental health deteriorating, cuts and bruises, sholder limbs disfigurration.

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

Plymouth County Correctional facility Unit-6SE

2. What did you claim in your grievance?

Requesting I be taken off full/all restraints do to my good positive behavior

3. What was the result, if any?

Denied, did not Recieve Appeal Doc an still left on handcuffs which caused bruises to my wrist

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

The steps I took to appeal the decision I took it up to Asst. superintendent yes the grievance process is completed.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___N/A___
   Defendant(s) ___N/A___

2. Court *(if federal court, name the district; if state court, name the county and State)*
   ___N/A___

3. Docket or index number
   ___N/A___

4. Name of Judge assigned to your case
   ___N/A___

5. Approximate date of filing lawsuit
   ___N/A___

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. ___N/A___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___N/A___

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?
   ☐ Yes
   ☒ No
   If no, give the approximate date of disposition _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____N/A_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Stephen Samuel*

Printed Name of Plaintiff: Stephon Samuel

Prison Identification #: #78932

Prison Address: 26 Long pond Road
Plimouth    MA    02360
City        State    Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City    State    Zip Code
Telephone Number: _____
E-mail Address: _____

Statement of claim/injuries
(a,b,c,d.)
- Continue Attached paper

FILED
IN CLERKS OFFICE 3/23/22

2022 APR 18 PM 2:25

My name is Stephon Samuel, i am filing a civil lawsuit against plymouth County correctional facility due to having me on full restraints. See below my complaint an claim.

I am being treated cruel, and unfair by plymouth County correctional facility, due to them putting me on full restraints for 4 months an counting. I am currently on handcuff restraints at the moment. I have asked multiple workers here to assist me to get them removed off my hands and feet. They refuse to. I asked captains & assistant superintendent requesting to consider my removal of full restraints. Due to my positive behavior But they left me on without any good reasonable answer. Due to having these full restraints on for all this unnecassary time (4months) im mentally, and physically not in the right frame of mind. This is bringing alot of my mental state down. I been traumatized as a kid. I was beaten, tied up and left in a corner by my legal gaurdian numerous of times at a

young age. These restraints brings me back to that particular event in time a very dark place. I have flash backs everytime im put into restraints for 2 whole hours everyday. I have a really bad mental health dissability. I also hear voices throughout the day in my head. And with these full restraints on. im unable to cover my ears when the voices speak like I do when I'm in my cell. its a lot to take on. I told the mental health worker about this issue. but they are just quick an ready to throw me into a restraint jacket. Thinking I'm going to hurt myself. The restraints are also affecting my physical appearance. I cant work out (get a good exercise) or walk in anyway possible. I gained a huge ~~substana~~ substantial amount of weight. my small cell is not big enough to work out for any human. So on my recreation time I cant walk the stair because the cuffs/shakles an risk of falling. While on restraints im not allowed outside for fresh air, and to think an get my mind right. 4 months without sunlight, fresh airs kills slowly.

The handcuffs that are on my wrist is creating bruises and scars that are permenant. My wrist is getting very dark due to the cuffs creating a rash. They dont care how tight the cuffs are sometimes. One officer told me I should have never did what I did to get them on in the first place when I asked him to loosen them a little because they were tight. He just left them as they were.

I popped my shoulder out of place a few times, trying to get some sort of exercise. I am unable to care for my hygiene the way I want to because of the full restraints. My hair is growing rapidly, And I cant cut it because im in handcuffs with a long chain connection to my shakles on my feet. I am over weight now, when I use to be physically fit. That is making me depressed. there is no way any

human should be treated like an animal, its very depressing when they come 3-4 officers just to put me in cuffs and shakles. This has been an ongoing unnecessary issue from this facility, leaving me on full Restraints for so long without considering my removal. Mind you before this complaint I was left on full restraints from this facility for almost a year. I am going through to much, and it affecting my mental health I feel as though im a slave to them. My mental health is deteariorating due to the mistreatment by Plymouth County jail. I put in a grievance and exhausted all my remedies. which came back. The answer was no they will not take me off full restraints. So I appealed it with the ~~super~~ Assistant superintendant, an now im on hand cuffs only which is still unnecessary. im sick of this. These cuffs are still causeing cuts and bruises, I am moving forword with my civil suit complaint, and ask to proceed with my claim on my complaint.
Thank you.